# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARCIA ANN VANCANNON**                                       **PLAINTIFF**

VS.                        No. 3:24-cv-00153 PSH

**MARTIN O'MALLEY, Commissioner,**
    **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE